# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBORAH MOSLEY ON BEHALF OF * | | CIVIL ACTION NO. 08-4384 |
| CARLESHA MOSLEY * | | |
| * | | |
| VERSUS * | | SECTION "M" |
| * | | |
| WAL-MART LOUISIANA, LLC * | | MAGISTRATE 3 |

*******************************

## JUDGMENT

Considering the stipulation of the parties and the foregoing Motion for Remand;

**IT IS ORDERED** that the captioned matter be and the same is remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 22nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE